# In the United States Court of Federal Claims

No. 10-476C

(Filed: July 23, 2010)

_____

PLANNERS COLLABORATIVE, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Monday, July 26, 2010, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                                  s/ Francis M. Allegra<br>
                                                                  Francis M. Allegra<br>
                                                                  Judge