# In the United States Court of Federal Claims

No. 10-476C

(Filed: August 30, 2010)
_____

PLANNERS COLLABORATIVE, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,
And

DELTHA-CRITIQUE NSS JOINT VENTURE,

        Defendant-Intervenor.
_____

**ORDER**
_____

    Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Eric G. Bruggink, it is **ORDERED** that this civil action shall be transferred to Judge Eric G. Bruggink. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

    **IT IS SO ORDERED.**

s/ Francis M. Allegra<br>
Francis M. Allegra<br>
Judge